UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____X

UNITED STATES OF AMERICA,

                                              NOTICE OF APPEARANCE

   v.

                                         12-cr-00015-FB

MIKHAIL BADALBAYEV,

                    Defendant
_____X

SIRS:

        PLEASE TAKE NOTICE, that the Defendant, MIKHAIL BADALBAYEV has retained Albert Y. Dayan, Esq. as his Attorney and requests that a copy of all papers in this proceeding be served upon the undersigned at the office and post office address stated below.

Dated: Kew Gardens, New York
       JUNE 5, 2016

                                             Respectfully submitted,

                                             _____/S/_____
                                             ALBERT Y. DAYAN, ESQ. (AYD-5222)
                                             Attorney for Defendant
                                             MIKHAIL BADALBAYEV
                                             80-02 Kew Gardens Rd., Ste. 902
                                             Kew Gardens, New York 11415
                                             (718) 268-9400
                                             dayanlaw@aol.com